## STATE v. WALTER STEEVES.[1]

June 11, 1915.

Nos. 19,323—(15).

**New Trial.**

Defendant was indicted by the grand jury of Pine county for the crime of carnal knowledge of a female child under the age of 18 years, tried in the district court before Stolberg, J., and a jury, and convicted. From an order denying his motion for a new trial, defendant appealed. Reversed and new trial granted.

*Ottocar Sobotka,* for appellant.

*Lyndon A. Smith,* Attorney General, and *W. S. Ervin,* County Attorney, for respondent.

PER CURIAM.

A majority of the court are of the opinion that the evidence in this case, considered in the light of the surrounding circumstances, is so far doubtful of defendant's guilt as to require a resubmission of the issue to another jury. In view of this conclusion we deem it in-

[1] Reported in 152 N. W. 1103.

advisable to discuss the evidence.    Justice Hallam is of the opinion that the ground stated is not sufficient to warrant this court in granting a new trial.

Order appealed from reversed and new trial granted.